# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DENNIS JACKSON,

      Plaintiff,

*vs.*                                                   CIVIL NO. 2007-00536 JAP/WDS

WEXFORD HEALTH SOURCES,

      Defendant.

## JUDGMENT ON THE VERDICT

This case was tried before a jury beginning October 27, 2008. The jury, having heard and considered the evidence presented by the parties, rendered a verdict in favor of the Plaintiff.

Based on the jury's verdict, Judgment is entered in favor of the Plaintiff against Defendant in the amount of $88,925.00.

                                                        _____

                                                     **THE HONORABLE JAMES A. PARKER**